*Fitzgerald* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Walter L. Rice* and *Wendell Berge* for the United States.

No. 834. CHAPMAN, ADMINISTRATRIX, *v.* REESE, RECEIVER. April 26, 1937. Petition for writ of certiorari to the Court of Appeals of Ohio denied. *Mr. H. B. Teegarden* for petitioner. *Mr. T. A. Billingsley* for respondent.

No. 906. CATHOLIC ORDER OF FORESTERS *v.* NORTH DAKOTA. See *ante,* p. 665.

No. 912. RUSSIAN, ADMINISTRATRIX, *v.* UNITED STATES. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Joseph F. Gunster* for petitioner. No appearance for the United States.

No. 889. TINKOFF *v.* UNITED STATES. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Paysoff Tinkoff, pro se.* No appearance for the United States.

No. 820. STATE TAX COMMISSION ET AL. *v.* WINSTON BROTHERS CO. ET AL. May 3, 1937. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Mr.*